AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Christian Akouala<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 3:23-mj-534 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 4, 2023__ in the county of __Cass__ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115 | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member |

This criminal complaint is based on these facts:
Please see affidavit attached.

☑ Continued on the attached sheet.

/s/ Caleb Williamson
*Complainant's signature*

Caleb Williamson, Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date: 10/05/2023

City and state: Fargo, ND

Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*