IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| CHRISTIAN VADAN AKOUALA | Violation:  18 U.S.C. § 115(a)(1)(B) |

**Interstate Communications with a Threat to Kidnap or Injure**

The Grand Jury Charges:

On or about October 4, 2023, in the District of North Dakota,

CHRISTIAN VADAN AKOUALA,

did threaten to assault, kidnap, and murder S.C., Case Administrator in the office of the Clerk of Court for the United States District Court for the District of North Dakota in Fargo, North Dakota, with the intent to impede, intimidate, and interfere with S.C., while she was engaged the performance of her official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/tmg